LOUISA A. DAVIDS et al., as Executors of DURIAS SEACORD, Deceased, Appellants, *v.* LOUIS BAUER, Respondent.

*Davids* v. *Bauer*, 155 App. Div. 97, affirmed.
(Argued June 6, 1913; decided June 20, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1913, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the answer in an action for an accounting.

The following questions were certified: "(1) Does the amended complaint in this action state facts sufficient to constitute a cause of action? (2) Is the first separate and affirmative defense contained in defendant's answer sufficient in law upon the face thereof? (3) Is the second separate and affirmative defense contained in defendant's answer sufficient in law upon the face thereof? (4) Is the third separate and affirmative defense contained in defendant's answer sufficient in law upon the face thereof? (5) Is the fourth separate and affirmative defense contained in defendant's answer sufficient in law upon the face thereof? (6) Is the sixth separate and affirmative defense contained in defendant's answer sufficient in law

upon the face thereof?   (7) Is the seventh separate and affirmative defense contained in defendant's answer sufficient in law upon the face thereof?"

*Barclay E. V. McCarty, James Anderson Hawes* and *John M. Harrington* for appellants.

*John Gerdes* and *James Dunne* for respondent.

Order affirmed, with costs, first question certified answered in the negative; the other questions not answered; no opinion.

Concur: CULLEN, Ch. J., GRAY, HISCOCK, CHASE, HOGAN and MILLER, JJ.   Absent: WILLARD BARTLETT, J.